**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SCOTT DENING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBE LIFE AMERICAN INCOME<br>DIVISION a/k/a AMERICAN INCOME<br>LIFE INSURANCE COMPANY, and<br>GLOBE LIFE INC.<br><br>    Defendants. | Civil Action No. 1:23-CV-1117 |

## GLOBE LIFE INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Globe Life Inc. ("Globe Life") moves to dismiss Plaintiff Scott Dening[1] ("Plaintiff")'s Complaint under Fed. R. Civ. P. 12(b)(2) because this Court lacks personal jurisdiction over Globe Life.  Plaintiff is a former employee of American Income Life Insurance Company ("AIL").  AIL terminated Plaintiff on May 19, 2023, and Plaintiff has sued both AIL *and* its parent company, Globe Life, for wrongful discharge in violation of the Michigan Whistleblowers Protection Act.  Plaintiff pleads no facts to establish personal jurisdiction over Globe Life, a Delaware corporation with its principal place of business in Texas, Compl. ¶ 5, PageID.17, and a company that never employed Plaintiff.  Because Globe is not "at home" in Michigan and has not taken any actions directed at Michigan to "purposefully avail" itself of Michigan law in connection with Plaintiff's Complaint, the Court lacks personal jurisdiction over

---

[1] On information and belief, it is Globe Life's understanding that the correct legal spelling of Plaintiff's last name is "Dehning," but refers to him herein using the spelling in the caption of the Complaint filed by Plaintiff.

Globe Life and it should be dismissed from this lawsuit.  *See Sullivan v. LG Chem, Ltd.*, 79 F. 4th

651 (6th Cir. 2023); *Buxton v. Hartin Asset Mgmt., LLC*, No. 1:22-cv-600, 2023 WL 4861724, at

*5-6 (W.D. Mich. July 31, 2023).

For the foregoing reasons and those articulated in the accompanying brief in support of this

motion and the accompanying declaration, Globe Life respectfully requests that the Court dismiss

it from this lawsuit for lack of personal jurisdiction.[2]

Dated:  October 30, 2023

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Christina M. Janice*
Christina M. Janice (P86372)
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3940
christina.janice@btlaw.com

and

KING & SPALDING LLP

Jeffrey Hammer (*Pro Hac Vice*
Forthcoming)
jhammer@kslaw.com
633 West Fifth Street
Suite 1600
Los Angeles, California 90071
(213) 443-4326

Anne R. Dana (*Pro Hac Vice* Forthcoming)
adana@kslaw.com
1185 Avenue of the Americas
34th Floor
New York, New York 10036
(212) 790-5364

---

[2] Pursuant to Local Rule 7.1(d), counsel for Globe Life reached out to Plaintiff's counsel to inquire if they would oppose the motion, but received no response to this request and assumes the motion is opposed.

Kathleen A. Sacks (*Pro Hac Vice*
Forthcoming)
ksacks@kslaw.com
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
(202) 626-2999

*Attorneys for Defendants Globe Life American
Income Division aka American Income Life
Insurance Company, and Globe Life Ins.*