UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

    Plaintiff,

v.

    Case No. 1:23-cv-1117

    Hon. Hala Y. Jarbou

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The court records reveal that Defendant/Counter-Claimant Globe Life American Income Division filed a Counterclaim (ECF No. 8) on October 30, 2023, and Plaintiff/Counter-Defendant Scott Dening has failed to file a response within the time allowed in the court rules.

Accordingly,

**IT IS ORDERED** that Plaintiff/Counter-Defendant Scott Dening shall, not later than **December 6, 2023**, file an answer to Defendant/Counter-Claimant's Counterclaim or show cause in writing why the Court should not enter a default for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

Dated: November 22, 2023        /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE