UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

       Plaintiff,

                                 Case No. 1:23-cv-1117

v.

                                 Hon. Hala Y. Jarbou

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

       Defendants.

_____/

## ORDER DISMISSING SHOW CAUSE

The Court issued an Order to Show Cause on November 22, 2023, for Plaintiff/Counter-Defendant Scott Dening to answer Counterclaim or show cause in writing by December 6, 2023, why the Court should not enter a default for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).  Review of the court docket shows that an answer to Counterclaim was filed one day late on December 7, 2023 (ECF No. 19).

Accordingly,

**IT IS ORDERED** that, despite the answer being filed one day late from the deadline, the Order to Show Cause (ECF No. 10) is **DISMISSED**.  The Court will not enter a default for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a) at this time.

Dated: December 8, 2023                  /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           CHIEF UNITED STATES DISTRICT JUDGE