UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

    Plaintiff,

v.

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

    Defendants.
_____/

Case No. 1:23–cv–01117–HYJ–PJG

Hon. Hala Y. Jarbou

## **ORDER**

    This matter is before the Court on defendants Globe Life American Income Division and Globe Life, Inc.'s Motion for Protective Order – #26, which was filed January 12, 2024. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15–RL–78 (Sept. 11, 2015). The motion fails to comply with this requirement. Accordingly,

    IT IS ORDERED that defendants Globe Life American Income Division and Globe Life, Inc.'s Motion for Protective Order – #26 is hereby held in abeyance pending compliance with Local Rule 7.1(d).

    IT IS FURTHER ORDERED that movant shall file the certificate required by Local Rule 7.1(d) within five days of the date of this Order. Failure to timely file the certificate will result in the dismissal of the motion.

    IT IS FURTHER ORDERED that any response to the motion shall be filed within fourteen days of the filing of the certificate, should the certificate be filed.

    IT IS SO ORDERED.

Dated: January 16, 2024        /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              U.S. Magistrate Judge