# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| SCOTT DENING, | CIVIL ACTION |
| Plaintiff, | No. 1:23-cv-1117 |
| v. | Hon. Hala Y. Jarbou |
| GLOBE LIFE AMERICAN INCOME DIVISION a/k/a/ AMERICAN INCOME LIFE INSURANCE COMPANY, and GLOBE LIFE INC. | |
| Defendants. | JURY TRIAL DEMANDED |

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Scott Dehning, through his undersigned counsel, makes her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures as follows:

**I.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

**A.      Liability**

1. Scott Dehning
   Lansing, MI 48823
   Plaintiff has information concerning the allegations in his complaint and Defendants' Counterclaim.

2. Dominic Bertini
   Waco, TX 76710
   Mr. Bertini has information concerning the allegations in Plaintiff's complaint and . Defendants' Counterclaim.

3. Rob Gray
   Waco, TX 76710
   Mr. Gray has information concerning the allegations in Plaintiff's complaint and Defendants' counterclaim.
.
4. Jason Blood
   530 W. Allegan St.
   Lansing, MI 48933
   Mr. Blood is believed to have information concerning Plaintiff's reports of Defendants' unethical and fraudulent business practices.

1

| | | | |
|---|---|---|---|
| 5. | Zach Hart<br>Lansing, MI | | Mr. Hart is believed to have information regarding the allegations in Plaintiff's complaint. |
| 6. | Sonia Kury<br>1200 Wooded Acres<br>Waco, TX 76710 | | Ms. Kury is believed to have information regarding the allegations in Plaintiff's complaint. |
| 7. | Steve Greer<br>1200 Wooded Acres<br>Waco, TX 76710 | | Mr. Greer is believed to have information regarding the allegations in Plaintiff's complaint and Defendants' Counterclaim. |
| 8. | David Zophin<br>1200 Wooded Acres<br>Waco, TX 76710 | | Mr. Zophin is believed to have information regarding the allegations in Plaintiff's complaint and Defendants' Counterclaim. |
| 9. | Debbie Gamble<br>1200 Wooded Acres<br>Waco, TX 76710 | | Ms. Gamble is believed to have information regarding the allegations in Plaintiff's complaint and Defendants' Counterclaim. |
| 10. | Mike Laramie<br>1200 Wooded Acres<br>Waco, TX 76710 | | Mr. Laramie is believed to have information regarding the allegations in Plaintiff's complaint. |
| 11. | Joel Scarboro<br>1200 Wooded Acres<br>Waco, TX 76710 | | Mr. Scarboro is believed to have information regarding the allegations in Plaintiff's complaint and Defendants' Counterclaim. |
| 12. | Chad Rigsby<br>1200 Wooded Acres<br>Waco, TX 76710 | | Mr. Rigsby is believed to have information regarding Defendants' Counterclaim. |

**B.    Damages**

| | | | |
|---|---|---|---|
| 1. | Plaintiff<br>Lansing, MI 48823 | | Plaintiff has information relating to his damages as a result of wrongful termination. |

## II. DOCUMENTS PLAINTIFF MAY USE IN SUPPORT OF HIS CLAIMS

1. Documents and correspondence currently in possession and control of Defendants relating to Plaintiff's investigations of unethical and fraudulent business practices during his employment with Defendants;
2. Documents and correspondence currently in possession and control of Defendants relating to other reports of unethical and fraudulent business practices;
3. Documents and correspondence currently in possesson and control of Defendants relating to investigations of unethical and fraudulent business practices by government agencies including but not limited to Department of Insurance and Department of Justice;
4. Documents and correspondence currently in possession and control of Defendants relating to Plaintiff's employment;
5. Documents and correspondence currently in possession and control of Defendants relating to the allegations raised in Defendants' Counterclaim;
6. Documents and correspondence between Plaintiff and his supervisors relating to the reporting of unethical business practices and fraud; and,
7. Documents and correspondence relating to the employment and termination of Dominic Bertini, Rob Gray, Chris Selejan, and Zach Hart.

## III. DAMAGES AND SUPPORTING DOCUMENTATION

1. Compensation information generated by Defendants regarding Plaintiff's income;
2. Compensation information generated by Defendants regarding Plaintiff's co-workers income;
3. Plaintiff's bank statements, tax returns, or other documentation relating to Plaintiff's income.

Respectfully submitted,

**Williamson Law LLC**

*/s/ Amy N. Williamson*
Amy N. Williamson
PA I.D. No. 90657
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 600-8862
awilliamson@awilliamsonlaw.com

SAVINIS, KANE & GALLUCCI, LLP
John R. Kane
Janice M. Savinis
Michael Gallucci

                                      436 Seventh Avenue
Suite 322 Koppers Building
Pittsburgh, PA 15219
jkane@sdklaw.com
jsavinis@sdklaw.com
mgallucci@sdklaw.com
**Attorneys for Plaintiff**

4

...

# **CERTIFICATE OF SERVICE**

I hereby certify on this 29th day of , 2024 I served a copy of the foregoing ***Plaintiff's Initial Disclosures*** via electronic mailing upon the following:

Jeffrey Hammer
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
jhammer@kslaw.com

Anne R. Dana
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
adana@kslaw.com

Christina M. Janice
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
christina.janice@btlaw.com

*Attorneys for Defendants American Income Life Insurance Company*

/s/ Amy N. Williamson
Amy N. Williamson