# Exhibit D















Paul Smith MGA Team

I _____ agree to the following commission split 70/30 with my training manager. I understand that my manager is going to walk me through a 2 week training program. During this time of training, I will be paid a $100.00 per full field day/$400 weekly salary unless more than $1500 ALP is coded to the trainee, in a week period. If $1500 ALP is coded to the trainee, then the 70/30 ALP commission split goes into effect. The trainee has every right to 1099 their manager for any business coded to the trainee.

_____        _____
Agent Signature                                        Date

_____        _____
Manager Signature                                      Date

_____        _____
MGA Signature                                          Date



