# Exhibit E

| SGA Name | VP | Director | 01/22 | 01/23 | % Growth | 02/22 | 02/23 |
|---|---|---|---|---|---|---|---|
| | | | 7 | 4 | -43% | 9 | 6 |
| AKINADE, ADEYEMI | BG | HOROWITZ | 4 | 2 | -50% | 4 | 0 |
| ALCHOUFINAIM, ADEL | RJ | MARTINEZ | 4 | 0 | -100% | 7 | 0 |
| ALLEN, ERIN | BG | GRAY | 4 | 4 | 0% | 6 | 2 |
| ALMEIDA, ANTHONY | SD | GILMORE | 276 | 362 | 31% | 285 | 477 |
| AO | BG | GENTILE | 10 | 14 | 40% | 15 | 0 |
| A-O-LORENCE | BG | GENTILE | 2 | 2 | 0% | 2 | 2 |
| A-O-STENGLEIN | BG | GENTILE | 131 | 134 | 2% | 135 | 163 |
| ARIAS, SIMON | DZ | ZOPHIN | 21 | 27 | 29% | 19 | 34 |
| ARIAS-DLABIK | DZ | ZOPHIN | 10 | 3 | -70% | 8 | 5 |
| BECKFORD, MARK | SD | COOKE | 15 | 13 | -13% | 19 | 18 |
| BISANZ, RYAN | FH | LINKER | 14 | 22 | 57% | 18 | 18 |
| BITMAN, SLAV | FH | OPHALS | 5 | 11 | 120% | 10 | 0 |
| BROWN, RACHEL | FH | OPHALS | 0 | 3 | NEW | 0 | 3 |
| CARTA, SERGIO | RJ | MARTINEZ | 15 | 6 | -60% | 14 | 0 |
| CARVAJAL, JOSE | RG | ARANGO | 16 | 13 | -19% | 17 | 20 |
| CATALANO, DENIS-MICHAEL | SD | WINTERS | 9 | 2 | -79% | 4 | 5 |
| CHALOM-CHALOM | FH | DE PETRO | 26 | 26 | 0% | 25 | 36 |
| COHEN-VELASQUEZ | DB | BERTINI | 10 | 13 | 28% | 8 | 8 |
| DELEV, CHAD | RJ | DAWSON | 13 | 17 | 31% | 18 | 13 |
| DIMITROVA, DESI | SD | COOKE | 4 | 6 | 50% | 3 | 0 |
| EZRAFULUKWE, MICHAEL | RJ | DAWSON | 4 | 6 | 50% | 6 | 3 |
| FALLON, MYAA | BO | TEYSSIER | 7 | 4 | -43% | 7 | 2 |
| FELDMANN, GABE | RJ | SURACE | 18 | 16 | -11% | 19 | 12 |
| FISHER-BALL | BO | GUZMAN | 16 | 24 | 50% | 17 | 23 |
| FISHER-ZUZICK | SD | GILMORE | 0 | 6 | NEW | 0 | 1 |
| FRIEDLANDER, STEVE | DB | BERTINI | 16 | 20 | 25% | 14 | 19 |
| FURER, CINDY | RJ | DAWSON | 13 | 14 | 8% | 9 | 18 |
| GIDDENS-GIDDENS | BG | CAMENZIND | 30 | 39 | -23% | 38 | 46 |
| GIGLIONE-ACKERMAN | DZ | ZOPHIN | 14 | 13 | -7% | 13 | 11 |
| GONZALEZ, EMERSON | RJ | MARTINEZ | 9 | 16 | 78% | 8 | 16 |
| GRAHAM, GREG | SD | DEHNING | 0 | 3 | NEW | 0 | 1 |
| GROSS, ALEX | BO | BASOV | 17 | 24 | 41% | 14 | 19 |
| GRYSKA, BRETT | ML | LIBASSI | 0 | 7 | NEW | 0 | 6 |
| GRYSKA-BOLES | FH | DE PETRO | 13 | 4 | -69% | 12 | 7 |
| GRYSKA-HAMILTON | FH | DE PETRO | 10 | 15 | 50% | 10 | 19 |
| HART, MAT | RJ | JEFFRIES | 0 | 3 | 50% | 8 | 8 |
| HART-LEWICKI | BG | CAMENZIND | 4 | 5 | 67% | 5 | 5 |
| HAWTHORNE, ANDRE | RJ | SURACE | 3 | 3 | 0% | 0 | 19 |
| HENDERSON-LOCKER | BG | GRAY | 10 | 17 | -6% | 18 | 18 |
| HO-FORT WORTH | AR | NUNEZ | 2 | 3 | 50% | 10 | 6 |
| HO-GEORGETOWN | AR | NUNEZ | | | | | |
| HO-HOUSTON | AR | RODRIGUEZ | | | | | |
| HOLTZ, KEVIN | BO | GUZMAN | 15 | 6 | -67% | 16 | 0 |
| HOLTZ-RIGNEY | BO | GUZMAN | 0 | 0 | NEW | 0 | 10 |
| HO-SAN ANTONIO | AR | RODRIGUEZ | 0 | 1 | NEW | 1 | 3 |
| ICAFA, WALTER | BG | ARANGO | 0 | 0 | NEW | 0 | 19 |
| JOSEPH, JEAN | BG | HOROWITZ | 0 | 2 | NEW | 0 | 6 |
| JUBREY, STEPHEN | SD | COOKE | 7 | 6 | -14% | 4 | 2 |
| KRUEGER, JOSH | RJ | SURACE | 2 | 0 | -100% | 6 | 3 |
| LLOYD, SABRINA | DZ | ZOPHIN | 10 | 32 | -51% | 25 | 13 |
| LOCKER, RANDI | BG | ARANGO | 0 | 3 | NEW | 0 | 3 |

