# Exhibit H

| | |
|---|---|
| **From:** | Kathleen Sacks |
| **To:** | Amy Williamson; John R. Kane; Tseeger@4grewal.com; jsavinis@sdklaw.com; mgallucci@sdklaw.com |
| **Cc:** | Anne Dana; Janice, Christina; Jeffrey Hammer |
| **Subject:** | RE: Dening v. Globe Life American Income Division aka American Income Life Insurance Company,. et al., No. 23-cv-1117 (W.D. Mich.) |
| **Date:** | Tuesday, March 12, 2024 4:16:00 PM |
| **Attachments:** | image001.png<br>Second Meet-and-Confer Letter re Discovery Responses.pdf |

Counsel – You have failed to provide by March 8, 2024 the information that you agreed to provide, as discussed during our meet-and-confer and as reflected in the attached letter.  If you do not remedy the deficiencies identified during our conference and in the attached letter by March 14, 2024, we intend to seek relief from the Court.


Regards,
Kathleen