UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

S<small>COTT</small> D<small>ENING</small>,

  Plaintiff,         Hon. Hala Y. Jarbou

v.              Case No. 1:23-cv-1117

G<small>LOBE</small> L<small>IFE</small> A<small>MERICAN</small> I<small>NCOME</small>
D<small>IVISION</small>, et al.,

  Defendants,
_____/

## **ORDER**

  This matter is before the Court on Defendant American Income Life Insurance Company's (AIL) motion to compel discovery. (ECF No. 45). Plaintiff responded. (ECF No. 50). Also before the Court is Plaintiff's motion to extend the discovery deadline (ECF No. 52), to which Defendant responded (ECF No. 54).

  The Court conducted a hearing today on both motions at which counsel for all parties appeared. Having considered the parties oral and written submissions, and for the reasons stated on the record, AIL's motion to compel (ECF No. 45) is **GRANTED**, and Plaintiff's motion to extend the discovery deadline (ECF No. 52) is **DENIED**. Accordingly,

  **IT IS ORDERED** that Plaintiff shall, no later than seven days from the date of this Order, produce all responsive documents in "a form or forms in which [the

document] is ordinarily maintained or in a reasonably usable form or forms." FED. R. CIV. P. 34(b)(2)(E)(ii).

**IT IS FURTHER ORDERED** that Plaintiff shall, no later than seven days for the date of this Order, return the "work laptop" belonging to AIL.

**IT IS FURTHER ORDERED** that Plaintiff shall, no later than seven days from the date of this Order, provide complete answers to interrogatories 4 through 10, and 12 through 14, and that he shall verify all of his answers to AIL's interrogatories.

**IT IS FUTHER ORDERED** that AIL shall, no later than fourteen days from the date of this Order, file a petition for costs, including attorney's fees, in bringing the motion to compel. FED. R. CIV. P. 37(a)(5)(A).

**IT IS FURTHER ORDERED** that Plaintiff, shall, within fourteen days of the filing of the fee petition, file his response. **Any issue not timely raised will be deemed waived.**

**IT IS SO ORDERED**.

Date: April 18, 2024                    /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge