AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| Scott Dening | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23:cv-1117 |
| Globe Life American Income Division, et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Robert Gray
10550 Rose Bud Court, McKinney, Texas 75072

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Via Zoom from your home | Date and Time: 04/29/2024 10:30 am EST |
|---|---|

The deposition will be recorded by this method: court reporter and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
   See Attachment A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/03/2024

*CLERK OF COURT*

_____     OR     _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Scott Dening
Janice M. Savinis  jsavinis@sdklaw.com_____ , who issues or requests this subpoena, are:
436 7th Avenue, Suite 700, Pittsburgh, PA 15219; 412-227-6556

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:23:cv-1117

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ROBERT GRAY
on *(date)* 4/4/2024 AT 9:42 AM

☒ I served the subpoena by delivering a copy to the named individual as follows:
ROBERT GRAY

on *(date)* 4/5/2024 at 11:28 am    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/7/2024

*Server's signature*

CALEB HALE PSC#23513 EXP: 11/30/2025

*Printed name and title*

5999 CUSTER ROAD #110-315 FRISCO, TEXAS 75035

*Server's address*

Additional information regarding attempted service, etc.: