IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING, an individual,

    Plaintiff,

v.

GLOBE LIFE AMERICAN INCOME
DIVISION a/k/a AMERICAN INCOME
LIFE INSURANCE COMPANY, and
GLOBE LIFE INC.

    Defendants.

Case No. 1:23-CV-1117

Hon. Hala Y. Jarbou

| SAVINIS, KANE & GALLUCCI, LLC | GREWAL LAW PLLC |
|---|---|
| Janice M. Savinis, Esq. | Tim P. Seeger (P83315) |
| John R. Kane, Esq. | Attorneys for Plaintiff |
| 436 Seventh Ave. #700 | 801 Broadway NW, Suite 302 |
| Koppers Building | Grand Rapids, MI 49504 |
| Pittsburgh, PA 15219 | (616) 259-8463 |
| (412) 240-3542 | Fax: (517) 393-3003 |
| jsavinis@sdklaw.com | tseeger@4grewal.com |
| jkane@sdklaw.com | |
| Attorneys for Plaintiff | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion to Compel is GRANTED.  Both third-party witnesses, Dominic Bertini and Robert Gray, are hereby found to be in contempt of court.  Both witnesses shall each attend separate depositions in the month of May, 2024.  The witnesses shall pay all costs from the stenographer and videographer, as well as counsel fees.

_____ J.