IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT DENING, an individual, | Case No. 1:23-CV-1117 |
| Plaintiff, | |
| | Hon. Hala Y. Jarbou |
| v. | |
| GLOBE LIFE AMERICAN INCOME DIVISION a/k/a AMERICAN INCOME LIFE INSURANCE COMPANY, and GLOBE LIFE INC. | |
| Defendants. | |

| | |
|---|---|
| SAVINIS, KANE & GALLUCCI, LLC | GREWAL LAW PLLC |
| Janice M. Savinis, Esq. | Tim P. Seeger (P83315) |
| John R. Kane, Esq. | Attorneys for Plaintiff |
| 436 Seventh Ave. #700 | 801 Broadway NW, Suite 302 |
| Koppers Building | Grand Rapids, MI  49504 |
| Pittsburgh, PA 15219 | (616) 259-8463 |
| (412) 240-3542 | Fax: (517) 393-3003 |
| jsavinis@sdklaw.com | tseeger@4grewal.com |
| jkane@sdklaw.com | |
| Attorneys for Plaintiff | |

## CONCURRENCE PURSUANT TO LOCAL RULE 7.1

Plaintiff's counsel emailed Mr. Bertini's counsel after the deposition was to occur, inquiring if Mr. Bertini would be produced for a deposition.  Counsel indicated that he would not pursuant to their objections.  With respect to Mr. Gray, he was a no-show yesterday, and his counsel never reached out regarding his attendance or rescheduling his deposition.  Nevertheless, Plaintiff has reached out to counsel for both third party witnesses prior to filing this motion to inquire if they will agree to a future deposition despite ignoring the subpoenas the first time

around.  Plaintiff has not received a response.  Although this is a motion to compel third parties, Plaintiff reached out to Defendant, AIL, to determine if they had a position regarding Plaintiff's motion.  Plaintiff has not yet received a response, although neither their concurrence nor their objection would not obviate Plaintiff's motion.

Respectfully submitted,

*/s/ John R. Kane*

John R. Kane, Esquire