UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

        Plaintiff,                          Case No. 1:23-cv-01117-HYJ-PJG

v.

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

        Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: John Kane

RE: Motion to Compel – #59

REASON FOR NOTICE: Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION: None.

INFORMATION FOR FUTURE REFERENCE: Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                    CLERK OF COURT

Dated: May 1, 2024        By:   /s/ S. Kivela
                                            Deputy Clerk