UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>COTT</small> D<small>ENING</small>,

    Plaintiff,

v.                                            Case No. 1:23-cv-1117

G<small>LOBE</small> L<small>IFE</small> A<small>MERICAN</small> I<small>NCOME</small>        Hon. Hala Y. Jarbou
D<small>IVISION</small>,

    Defendant.
_____/

## **ORDER**

This matter is before the Court on Plaintiff's motion to compel third-party subpoenas and to hold the parties in contempt. (ECF No. 59). The motion is facially deficient. First, it fails to attach one of the subpoenas at issue, in violation of Local Rule 7.1(b). Second, the only subpoena attached to the motion requires compliance in McKinney, Texas. (*See* ECF No. 59-2). Federal Rule of Civil Procedure 45(g) requires that the instant motion be filed in the district where compliance is required. That is the Eastern District of Texas. (*See* https://txed.uscourts.gov/?q=mckinney-)#). Accordingly, the motion (ECF No. 59) is **DISMISSED**.

    **IT IS SO ORDERED.**

Date: May 1, 2024                            /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge