# Exhibit E

**Time Detail Report**
**American Income Life Insurance Company - Dehning v. AIL**

**Time Worked: 3/1/2024 - 4/30/2024**
**Report as of: 4/30/2024 4:34:03 PM**

| Date | Time ID | Employee Name | Narrative | Hours |
|---|---|---|---|---|
| 03/01/24 | 53522719 | Sacks, Kathleen | Prepare for and attend meet and confer with plaintiff's counsel | 1.5 |
| 03/01/24 | 53564858 | Southall, Hunter Nia | Confer with K. Sacks and local counsel to prepare for meet and confer meeting | 0.5 |
| 03/02/24 | 53524157 | Sacks, Kathleen | Review and analyze issues related to plaintiff's discovery deficiencies; correspond with team regarding meet & confer | 0.6 |
| 03/04/24 | 53558167 | Sacks, Kathleen | Draft correspondence regarding plaintiff's discovery deficiencies | 1.1 |
| 03/05/24 | 53564771 | Sacks, Kathleen | Draft correspondence to plaintiff's counsel regarding discovery deficiencies; correspond with team regarding same | 1.2 |
| 03/13/24 | 53632412 | Hammer, Jeffrey | Confer with H. Southall regarding motion to compel | 0.7 |
| 03/13/24 | 53649482 | Southall, Hunter Nia | Discuss strategy for motion to compel | 0.5 |
| 03/14/24 | 53649535 | Southall, Hunter Nia | Draft outline for motion to compel | 3.2 |
| 03/15/24 | 53649514 | Southall, Hunter Nia | Draft motion to compel | 5.1 |
| 03/18/24 | 53624289 | Hammer, Jeffrey | Revise motion to compel discovery responses | 2.5 |
| 03/18/24 | 53697274 | Southall, Hunter Nia | Revise motion to compel and supporting documents | 1.7 |
| 03/19/24 | 53652297 | Sacks, Kathleen | Review and revise motion to compel and related materials | 0.7 |
| 03/19/24 | 53696957 | Southall, Hunter Nia | Continue revising documents for client's motion to compel discovery | 2.0 |
| 03/20/24 | 53655321 | Sacks, Kathleen | Revise materials for motion to compel discovery and finalize same for filing | 2.4 |
| 03/20/24 | 53697381 | Southall, Hunter Nia | Continue revising documents for client's motion to compel | 1.4 |
| 04/04/24 | 53754639 | Hammer, Jeffrey | Analyze opposition to motion to compel | 0.7 |
| 04/18/24 | 53840552 | Hammer, Jeffrey | Prepare for and attend court hearing re motion to compel discovery | 2.5 |
| | | | **Total:** | **28.3** |