# Exhibit F

# KING & SPALDING

Travel arrangements for **HAMMER/JEFFREY MICHAEL**　　　　　Agency locator: **YSZYPW**

Client reference: ▮▮▮▮

ITINERARY VERSION 1 OF 1 - APR 11, 2024

We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.

*Effective May 7, 2025, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.*

View your itinerary in our app: iPhone or Android

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Mon Apr 15, 2024<br>Los Angeles(LAX) - Dallas/Fort Worth(DFW) | American Airlines<br>AA1658 | 12:45 PM-<br>5:49 PM | Check in |
| Flight | Mon Apr 15, 2024<br>Dallas/Fort Worth(DFW) - Kent County Intl, Grand Rapids, MI(GRR) | American Airlines<br>AA1555 | 7:12 PM-<br>10:38 PM | Check in |
| Car | Mon Apr 15, 2024-<br>Thu Apr 18, 2024<br>GERALD R FORD INTL AIRPORT,GRAND RAPIDS,MI | Hertz | 10:38 PM-<br>5:30 PM | |
| Hotel | Mon Apr 15, 2024-<br>Tue Apr 16, 2024<br>JW MARRIOTT GRAND RAPIDS | Marriott Hotels, Resorts And Suites | | |
| Flight | Thu Apr 18, 2024<br>Kent County Intl, Grand Rapids, MI(GRR) - Chicago O'Hare(ORD) | American Airlines<br>AA5689 | 5:30 PM-<br>5:44 PM | Check in |
| Flight | Thu Apr 18, 2024<br>Chicago O'Hare(ORD) - Los Angeles(LAX) | American Airlines<br>AA2871 | 6:45 PM-<br>9:30 PM | Check in |

**Links**
- Traveler Benefits
- Traveller Toolbox
- Feedback
- Blog
- Facebook
- LinkedIn


PREFERRED HOTEL PARTNERS PROGRAM

## AA 1658 — Los Angeles (LAX) → Dallas/Fort Worth (DFW)

| | | | |
|---|---|---|---|
| Departure | Mon Apr 15, 2024 12:45 PM | Arrival | Mon Apr 15, 2024 5:49 PM |
| Departure terminal | | Arrival terminal | |
| Class | ECONOMY | Airline check in ID | FQRGSR |
| Meal | Refreshments | Status | Confirmed |
| Duration | 03:04 | Ticket number | 0017062710059 |
| Seat | 30D(Aisle) | Frequent flyer | ▮▮▮▮ |
| Equipment | Airbus A321 | Air miles | 1235 |
| Greenhouse gas emissions | 214kg CO2e/person | | |

☑ Check in　　🧳 Baggage

| ✈ AA 1555 | **Dallas** Dallas/Fort Worth (DFW) | > | **Grand Rapids** Kent County Intl, Grand Rapids, MI (GRR) |
|---|---|---|---|
| **Departure** | Mon Apr 15, 2024 7:12 PM | **Arrival** | Mon Apr 15, 2024 10:38 PM |
| **Departure terminal** | | **Arrival terminal** | |
| **Class** | ECONOMY | **Airline check in ID** | FQRGSR |
| **Meal** | Refreshments | **Status** | Confirmed |
| **Duration** | 02:26 | **Ticket number** | 0017062710059 |
| **Seat** | 15C(Aisle) | **Frequent flyer** | ▓▓▓▓▓▓▓ |
| **Equipment** | Airbus A320 | **Air miles** | 931 |
| **Greenhouse gas emissions** | 162kg $CO_2$e/person | | |

☑ Check in  🧳 Baggage

| 🚗 | **Hertz** GERALD R FORD INTL AIRPORT ,GRAND RAPIDS ,MI | | |
|---|---|---|---|
| **Pick up** | Mon Apr 15, 2024 Time 10:38 PM | **Drop off** | Thu Apr 18, 2024 Time 5:30 PM |
| **Rental location** | GERALD R FORD INTL AIRPORT ,GRAND RAPIDS ,MI | **Return location** | |
| **Type** | Intermediate,2/4 Door,Auto,Air Con | | |
| **Confirmation** | K8253164327 | **Phone** | 616-233-6353 |
| **Rate** | | **Frequent renter ID** | |
| **Approx. total** | USD182.23 | **Drop off charge** | |
| **Special requests** | | **Special info.** | |

| 🛏 | **JW MARRIOTT GRAND RAPIDS** 235 LOUIS STREET NW, GRAND RAPIDS MI 49503, US | | |
|---|---|---|---|
| **Check in** | Mon Apr 15, 2024 | **Check out** | Tue Apr 16, 2024 |
| **Status** | Confirmed | **Duration** | 1 night |
| **Room** | REG | | |
| **Rate** | USD319.00 | **Approx. total** | |
| **Telephone no.** | 1-616-2421500 | **Fax** | 1-616-2421595 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | 75833864 | **Freq. guest ID** | |
| **Special info.** | | | |
| **Remarks** | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

| AA 5689 | Grand Rapids<br>Kent County Intl, Grand Rapids, MI (GRR) | | | Chicago<br>Chicago O'Hare (ORD) |
|---|---|---|---|---|
| Departure | Thu Apr 18, 2024 5:30 PM | | Arrival | Thu Apr 18, 2024 5:44 PM |
| Departure terminal | | | Arrival terminal | 3 |
| Class | ECONOMY | | Airline check in ID | FQRGSR |
| Meal | | | Status | Confirmed |
| Duration | 01:14 | | Ticket number | 0017062710059 |
| Seat | 11A(Window) | | Frequent flyer | ▇▇▇▇ |
| Equipment | Embraer RJ145 | | Air miles | 137 |
| Greenhouse gas emissions | 35kg CO2e/person | | | |

✓ Check in   🧳 Baggage

| AA 2871 | Chicago<br>Chicago O'Hare (ORD) | | | Los Angeles<br>Los Angeles (LAX) |
|---|---|---|---|---|
| Departure | Thu Apr 18, 2024 6:45 PM | | Arrival | Thu Apr 18, 2024 9:30 PM |
| Departure terminal | 3 | | Arrival terminal | |
| Class | ECONOMY | | Airline check in ID | FQRGSR |
| Meal | Food to buy | | Status | Confirmed |
| Duration | 04:45 | | Ticket number | 0017062710059 |
| Seat | 32F(Window) | | Frequent flyer | ▇▇▇▇ |
| Equipment | Airbus A321 | | Air miles | 1744 |
| Greenhouse gas emissions | 302kg CO2e/person | | | |

✓ Check in   🧳 Baggage

## Greenhouse gas emissions

Total greenhouse gas emissions for this trip: 713kg CO2e/person

Greenhouse gas emissions: The total emissions value for this itinerary includes air travel only. Emissions for each individual flight are displayed in the flight details section. For more information on carbon emissions please refer to https://www.amexglobalbusinesstravel.com/sustainable-products-and-platforms/

## Invoice/Ticket information for HAMMER/JEFFREY MICHAEL

Client reference: 30369.636002

| Total invoiced amount: | $1,430.21 | | | | |
|---|---|---|---|---|---|
| Ticket: | 0017062710059 | Invoice: | 0049108 | Amount: | $1,395.21 |
| Payment: | ▇▇▇▇ | Date: | 11-Apr-2024 | | |

| Service fee: | 0411242172 | | | Amount: | $35.00 |
|---|---|---|---|---|---|
| Description: | | | | | AIR |
| Payment: | ▇▇▇▇ | Date: | 11-Apr-2024 | | |

## Information specific to this trip

- Accept collision/damage insurance (CDW) for rental cars. Firm's insurance policy does not include collision coverage. All other insurance supplements such as liability, personal injury and personal effects should be declined.
- Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Lawyers Travel is based on the information available at the time of reservation and is subject to change.

For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

Lawyers Travel does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Lawyers Travel assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Lawyers Travel.

Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings.

- **Split Client Matter Number:**
- **Billable or Non Billable:** B
- **Purpose of Trip:** OTHER

## Travel assistance contact information

For travel assistance 24 hours a day, please call your dedicated number at 470-225-4653.

Your access code is 7BYI.

## Other information and remarks

- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

## Feedback

We value your input and welcome you to provide your feedback here.



# JW MARRIOTT
## GRAND RAPIDS

**GUEST FOLIO**

| 1318 | HAMMER/JEFFREY/MICHA | 319.00 | 04/16/24 | | DUPLICATE 12:32 | |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| WQ | | | 04/15/24 | | | |
| TYPE | | | ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | PAYMENT | | | MB#: |
|---|---|---|---|---|---|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/15 | ROOM | 1318, 1 | 319.00 | | |
| 04/15 | CTY TAX | 1318, 1 | 15.95 | | |
| 04/15 | STATETAX | 1318, 1 | 19.14 | | |
| 04/15 | CVB TAX | 1318, 1 | 12.76 | | |
| 04/15 | SLF PARK | 041524 | 41.00 | | |
| 04/16 | | | | 407.85 | |
| | | | | | .00 |

JW MARRIOTT GRAND RAPIDS
235 LOUIS ST NW
GRAND RAPIDS, MI  49503
PH# 616-242-1500

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES