IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT DENING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBE LIFE AMERICAN INCOME DIVISION a/k/a AMERICAN INCOME LIFE INSURANCE COMPANY, and GLOBE LIFE INC.<br><br>    Defendants. | Case No. 1:23-cv-1117<br><br>Hon. Hala Y. Jarbou |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d)**

Defendant American Income Life Insurance Company ("AIL"), by and through undersigned counsel, certifies that it has made good faith efforts to obtain concurrence by Plaintiff Scott Dehning with the relief requested in AIL's Motion for Attorneys' Fees and Costs, specifically, by sending an email on May 2, 2024 to counsel for Plaintiff Scott Dening and asking whether they would agree to pay $13,659.56 in fees and costs, absent a court order.  As of the filing of this Motion, Plaintiff's counsel did not respond.

Dated:  May 2, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Jeffrey M. Hammer*
Jeffrey M. Hammer, Of Counsel
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4326
jhammer@kslaw.com

Anne R. Dana, Of Counsel
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
(212) 790-5364
adana@kslaw.com

Kathleen A. Sacks, Of Counsel
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
(202) 626-2999
ksacks@kslaw.com

**BARNES & THORNBURG LLP**

Christina M. Janice (P86372)
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3940
christina.janice@btlaw.com

*Attorneys for Defendant American Income Life Insurance Company*