IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

     Plaintiff,                      Case No. 1:23:cv-1117

v.                                   Hon. Hala Y. Jarbou

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

     Defendants.

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

     NOW COMES attorney Tim P. Seeger, as counsel for Plaintiff Scott Dening, and moves to permit him, and GREWAL LAW PLLC, to withdraw as counsel for this case. This relief sought by this motion was raised with opposing counsel.

Respectfully Submitted,

Dated: May 17, 2024

/s/ Tim P. Seeger
**Tim P. Seeger (P83315)**
**GREWAL LAW PLLC**
*Attorney for Plaintiff*
801 Broadway Ave NW, Ste 302
Grand Rapids, MI 49504
(616) 259-8463
tseeger@4grewal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DENING,

      Plaintiff,                          Case No. 1:23:cv-1117

v.                                   Hon. Hala Y. Jarbou

GLOBE LIFE AMERICAN INCOME
DIVISION, et al.,

      Defendants.
_____/

### **BRIEF IN SUPPORT**

The undersigned requests leave of this Court to withdraw as counsel of record for Plaintiff Mr. Dening. Mr. Seeger has taken a new position as in-house counsel and there is no other employment attorney remaining at GREWAL LAW PLLC. Mr. Seeger has notified Mr. Dening of his change of employment and the need to withdraw as his attorney in this matter.

Plaintiff's interests will not be materially or adversely affected if counsel is permitted to withdraw and good cause exists. Attorney Janice M. Savinis and John R. Kane of SAVINIS, KANE & GALLUCCI, LLC will continue their representation of Plaintiff.

Mr. Seeger states that per Local Rule 7.1(a)(1) he has communicated with counsel for Defendant explaining the nature of the Motion and its legal basis, but Mr. Seeger received no response to his request for concurrence.

## **RELIEF REQUESTED**

WHEREFORE, the undersigned respectfully requests this Court enter an order allowing to

him and GREWAL LAW PLLC to withdraw as counsel.

Respectfully Submitted,

Dated: May 17, 2024

/s/ Tim P. Seeger
**Tim P. Seeger (P83315)**
**GREWAL LAW PLLC**
*Attorney for Plaintiff*
801 Broadway Ave NW, Ste 302
Grand Rapids, MI 49504
(616) 259-8463
tseeger@4grewal.com