UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DEHNING,

    Plaintiff,

v.

    Case No. 1:23-cv-1117

    Hon. Hala Y. Jarbou

GLOBE LIFE AMERICAN INCOME DIVISION, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: October 11, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE